# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                                *
KATHLEEN R. CHIARIZIA       *       MISC. NO. 19-MC-504
                                       *
                                *******

## RESOLUTION

WHEREAS, KATHLEEN R. CHIARIZIA IS RETIRING AFTER MORE THAN TWENTY-FIVE YEARS OF SERVICE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND; AND

WHEREAS, KATHLEEN R. CHIARIZIA HAS DEMONSTRATED HER COMMITMENT TO THE COURT AND STAFF THROUGH HER DEDICATION, KINDNESS, AND EXEMPLARY SERVICE;

NOW, THEREFORE, BE IT RESOLVED, THIS 16TH DAY OF SEPTEMBER 2019, BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THAT THIS COURT HEREBY EXPRESSES ITS GRATITUDE AND APPRECIATION TO KATHLEEN R. CHIARIZIA FOR HER SERVICE TO THE UNITED STATES AND TO THIS COURT.

THE CLERK IS DIRECTED TO PREPARE THIS RESOLUTION FOR PRESENTATION TO KATHLEEN R. CHIARIZIA AND TO FILE A CERTIFIED COPY AMONG THE RECORDS OF THIS COURT.

*/s/ James K. Bredar*
JAMES K. BREDAR, CHIEF JUDGE